FILED
DEC 19 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

ENTERED
DEC 20 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  NANCY CURRY
   CHAPTER 13 TRUSTEE
2  606 SOUTH OLIVE STREET, SUITE 1850
   LOS ANGELES, CA 90014
3  Tel: (213)689-3014   FAX (213)689-3055

4            UNITED STATES BANKRUPTCY COURT
             CENTRAL DISTRICT OF CALIFORNIA
5                LOS ANGELES DIVISION

6  In re:                    )   CHAPTER 13
                             )
7                            )   CASE NO. LA 0719321 VZ
   ABDUS-SHAKOOR, AARON THEODORE II   )
8                            )   ORDER DISMISSING CHAPTER 13 CASE
                             )   WITH PREJUDICE AS TO FILING ANY
9                            )   BANKRUPTCY PROCEEDING UNDER TITLE
                             )   11 U.S.C.
10                           )
                             )   DATE: December 10, 2007
11                           )   TIME: 9.30 A.M.
                             )   PLACE: 255 E. Temple Street
12                           )          Courtroom 1368
                             )          Los Angeles, CA 90012
13 _____)

14     The Notice of Confirmation having been filed and served and

15 the debtor having willfully failed to comply with the requirements

16 of Chapter 13, and good cause appearing therefore,

17     IT IS HEREBY ORDERED THAT:

18     1. The order for relief resulting from the filing of the

19 petition is set aside and vacated;

20     2. All stay and restraining orders arising under Bankruptcy

21 Code §362(a) and §1301 are vacated and dissolved; and

22     3. This Chapter 13 case is dismissed and all pending motions

23 and adversary proceedings in this case are moot and dismissed.

24     IT IS FURTHER ORDERED THAT the debtor herein is prohibited

25 from filing any bankruptcy proceeding under Title 11 U.S.C. at

26 any time from the date of entry of this order, unless prior Court

27 permission is obtained after hearing on regular noticed motion.

28     ///

LODGED
DEC 18 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

1  THE COURT hereby reserves jurisdiction over the issue of fee
2  disgorgement.
3  DATED: 12/19/07

_____
UNITED STATES BANKRUPTCY JUDGE