| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| JODY D. ANGEL<br>LAW OFFICES OF JODY D. ANGEL, P.C.<br>20701 N. SCOTTSDALE ROAD, SUITE 107-145<br>SCOTTSDALE, ARIZONA 85255<br><br>(480) 284-7058<br>Fax No.: (480) 284-7061<br>Bar No.: 193128<br>Attorney for Movant, SEACLIFF PROPERTIES | FILED<br>JAN 2 2 2008<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13 |
|---|---|
| | CASE NUMBER LA07-19321-VZ |
| In re: AARON THEODORE ABDUS-SHAKOOR II | DATE: |
| | TIME: |
| Debtor. | COURTROOM: 1368 |

## NOTICE OF MOTION FOR:

TO REOPEN CASE AND VACATE DISMISSAL ORDER WITHOUT IMPOSITION OF AUTOMATIC STAY TO ALLOW HEARING ON MOTION FOR RELIEF FROM STAY AND TO REENTER DISMISSAL ORDER AND CLOSE CASE AFTER ENTRY OR ORDER ON MOTION FOR RELIEF FROM STAY

*(Specify name of Motion)*

1. TO:    ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

   **Hearing Date:**         **Time:**         **Courtroom:** 1368         **Floor:**

   [X] 255 East Temple Street, Los Angeles        [ ] 411 West Fourth Street, Santa Ana
   [ ] 21041 Burbank Boulevard, Woodland Hills    [ ] 1415 State Street, Santa Barbara
   [ ] 3420 Twelfth Street, Riverside

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

**Dated:** January 18, 2008

LAW OFFICES OF JODY D. ANGEL, P.C.
*Law Firm Name*

By: _____
Name: JODY D. ANGEL
*Attorney for Movant*
SEACLIFF PROPERTIES

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
Revised December 1998 (COA-SA)                                                                                    F 9013-1.1

| In re AARON THEODORE ABDUS-SHAKOOR II | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER LA07-19321-VZ |

## PROOF OF SERVICE

STATE OF ARIZONA    COUNTY OF MARICOPA

1. I am employed in the County of MARICOPA, State of ARIZONA. I am over the age of 18 and not a party to the within action. My business address is as follows: 20701 N. SCOTTSDALE ROAD, SUITE 107-145, SCOTTSDALE, AZ 85255

2. **Regular Mail Service:** On January 18, 2008, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and accompanying supporting documents on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Scottsdlae, AZ, addressed as set forth below:
SEE ATTACHED MAILING LIST

☒ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 18, 2008

JODY D. ANGEL
*Type Name*

*Signature*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*    F 9013-1.1

CASE NO.: LA 07-19321-VZ
DEBTOR : ABDUS-SHAKOOR, AARON THEODORE II

## INTERESTED PARTIES

Aaron Theodore Abdus-Shakoor, II
1928 New York Drive
Altadena, CA 91001
Debtor

Sabbir Ahmed, Esquire
16400 Ventura Boulevard, Suite 305
Encino, CA 91436
Attorney for Debtor

Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014
Chapter 13 Trustee

Tawala Sharp
755 East 109th Street
Los Angeles, CA 90059
Borrower

Tawala Sharp
13210 Riverside Drive
Sherman Oaks, CA 91423
Borrower

Occupant
755 East 109th Street
Los Angeles, CA 9005

Polk, Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90017-5524