1  JODY D. ANGEL (CSBN 193128)
   LAW OFFICES OF JODY D. ANGEL, P.C.
2  20701 N. SCOTTSDALE ROAD, SUITE 107-145
   SCOTTSDALE, ARIZONA 85255
3
   TELEPHONE: (480) 284-7058
4  FACSIMILE:  (480) 284-7061

5  Attorney for Movant,
   SEACLIFF PROPERTIES

LODGED
JAN 29 2008

ENTERED
FEB - 8 2008

FILED
FEB - 7 2008

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

In re:

AARON THEODORE ABDUS-SHAKOOR, II,

                                    Debtor.

CASE NO. 2:07-19321-VZ

CHAPTER 13

[PROPOSED] ORDER GRANTING MOTION TO REOPEN CASE FOR THE SOLE PURPOSE TO HEAR MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion by Movant, SEACLIFF PROPERTIES, to reopen this case, and good cause having been shown therefor,

**IT ORDERED, ADJUDGED AND DECREED** that:

1. The dismissal order entered December 20, 2007 is vacated for the limited purpose of hearing Movant's Motion for Relief from Stay.

~~1. The above entitled case be and hereby is reopened through May 22, 2008 for the sole purpose to hear Movant's Motion for Relief from the Automatic Stay.~~

Date: 2/7/08

_____
Hon. Vincent P. Zurzolo

1

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.*

| In re<br>AARON THEODORE ABDUS-SHAKOOR, II                    Debtor. | CHAPTER 13<br>CASE NUMBER: 2:07-19321-VZ |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

RECEIVED
JAN 2 9 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER GRANTING MOTION TO REOPEN CASE FOR THE SOLE PURPOSE TO HEAR MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

   was entered on *(specify date)*:  **FEB 0 8 2008**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):  **FEB 0 8 2008**

Dated: **FEB 0 8 2008**

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
**Deputy Clerk**

---

*Rev. 1/01   This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.*   **F 9021-1.1**

INTERESTED PARTIES

Aaron Theodore Abdus-Shakoor, II
1928 New York Drive
Altadena, CA 91001
Debtor

Sabbir Ahmed, Esquire
16400 Ventura Boulevard, Suite 305
Encino, CA 91436
Attorney for Debtor

Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014
Chapter 13 Trustee

Tawala Sharp
755 East 109th Street
Los Angeles, CA 90059
Borrower

Tawala Sharp
13210 Riverside Drive
Sherman Oaks, CA 91423
Borrower

Occupant
755 East 109th Street
Los Angeles, CA 9005

Polk, Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365


United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90017-5524

JODY D. ANGEL
Law Offices of Jody D. Angel
20701 N. Scottsdale Road, Ste. 107-145
Scottsdale, AZ 85255

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Jody D. Angel, P.C., 20701 N. Scottsdale Road, Suite 107-145, Scottsdale, Arizona 85255. On January 25, 2007, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING MOTION TO REOPEN CASE FOR THE SOLE PURPOSE TO HEAR MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

■ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Scottsdale, Arizona addressed as set forth below.

☐ BY OVERNIGHT DELIVERY by consigning such copy in a sealed envelope to an overnight delivery courier for next business day delivery to the person(s) at the address(es) set forth below.

**SEE ATTACHED INTERESTED PARTIES LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 25, 2008** at Scottsdale, Arizona.

_____
Jody D. Angel

CASE NO.: LA 07-19321-VZ
DEBTOR : ABDUS-SHAKOOR, AARON THEODORE II

INTERESTED PARTIES

Aaron Theodore Abdus-Shakoor, II
1928 New York Drive
Altadena, CA 91001
Debtor

Sabbir Ahmed, Esquire
16400 Ventura Boulevard, Suite 305
Encino, CA 91436
Attorney for Debtor

Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014
Chapter 13 Trustee

Tawala Sharp
755 East 109th Street
Los Angeles, CA 90059
Borrower

Tawala Sharp
13210 Riverside Drive
Sherman Oaks, CA 91423
Borrower

Occupant
755 East 109th Street
Los Angeles, CA 9005

Polk, Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

United States Trustee
725 S. Figueroa Street, 26th Fl.
Los Angeles, CA 90017-5524